| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF OREGON, EUGENE DIVISION |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Good Life, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  36-4782619

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 624B Wagon Trail Dr <br> Jacksonville, OR 97530 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Jackson <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.goodlifeinc.com & ultimatebarkcontrol.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Good Life, Inc.                                   Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  Good Life, Inc. _____  Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**  Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  Good Life, Inc.
        Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 10, 2025
             MM / DD / YYYY

**X** /s/ Kathy Alexander                              Kathy Alexander
Signature of authorized representative of debtor        Printed name

Title  Secretary

**18. Signature of attorney**

**X** /s/ Keith Y Boyd                                 Date  June 10, 2025
Signature of attorney for debtor                              MM / DD / YYYY

Keith Y Boyd 760701
Printed name

Keith Y. Boyd, PC
Firm name

724 S Central Ave 106
Medford, OR 97501
Number, Street, City, State & ZIP Code

Contact phone  (541) 973-2422     Email address  keith@boydlegal.net

760701 OR
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Good Life, Inc. | |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON, EUGENE DIVISION | |
| Case number (if known): | | ☐ Check if this is an amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Company<br>PO Box 650448<br>Dallas, TX 75265-0448 | Customer Service<br><br>(800) 528-2122 | Credit Card Debt | | | | $32,437.00 |
| Capital One<br>P.O. Box 71087<br>Charlotte, NC 28272-1087 | Customer Service<br><br>(877) 383-4802 | Credit Card Debt | | | | $92,910.00 |
| Chase Ink Card Cardmember Services<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | Customer Service<br><br>(800) 945-2028 | Credit Card Debt | | | | $75,956.00 |
| Fed Ex<br>2820 B St NW #101<br>Auburn, WA 98001 | Karen Cotton<br><br>Karen.Alva.Cotton@tsico.com<br>(800) 897-0308 | Trade debt | | | | $8,594.00 |
| Hawke Media LLC<br>2415 Michigan Ave<br>Santa Monica, CA 90404 | Erik Huberman<br><br>erik@hawkemedia.com<br>(310) 451-7295 | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $1,875.00 |
| Headway Capital, LLC<br>175 W Jackson Blvd Ste 1000<br>Chicago, IL 60604 | David Fisher<br><br>support@headwaycapital.com | Business Loan | | | | $58,078.00 |
| KDP Certified Public Accountants<br>841 O'Hare Parkway, Suite 200<br>Medford, OR 97504 | Susan St. Range<br><br>sstrange@kdpadvisors.com<br>(541) 773-6633 | Accounting Fees | | | | $832.00 |

Debtor  Good Life, Inc.                                                             Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kickfurther<br>1215 Spruce St<br>Boulder, CO 80302 | Jailyn Bunton<br><br>jailynbunton@dwt.com<br>(212) 603-6462 | Business Loan | | $141,448.00 | $79,867.00 | $61,581.00 |
| Luvaas Cobb<br>P.O. Box 10747<br>Eugene, OR 97440 | Anna Howard<br><br>ahoward@luvaascobb.com<br>(541) 484-9292 | Attorney Fees | | | | $964.00 |
| Pangolia Partners<br>7882 Woodland Center Blvd<br>Tampa, FL 33614 | Caitlyn Sweeny<br><br>partners@pangolia.com | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $225.00 |
| PayPal Working Capital<br>Attn Executive Escalation<br>P.O. Box 45950<br>Omaha, NE 68145-0950 | (877) 579-5975 | Business Loan | | | | $86,487.00 |
| Quickbooks<br>2700 Coast Avenue<br>Mountain View, CA 94043 | Customer Service<br><br>servicing@intuit.com<br>(800) 422-8800 | Business Loan | | | | $3,300.00 |
| Spectrum<br>1421 Center Dr, Suite 103<br>Medford, OR 97501 | Customer Service<br><br>customer.service@cm.sequium.com<br>(800) 618-2247 | Utility Expense | Contingent<br>Unliquidated<br>Disputed | | | $869.00 |